No. 75–638. TRAINOR, DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS *v.* WILSON. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma*

*pauperis* granted. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this motion and petition. 